Name James Thomas Tucker, Esq.
Bar # Arizona Bar No. 019341
Firm Wilson Elser Moskowitz
Address Edelman & Dicker LLP
300 South Fourth St., 11th Fl.
Las Vegas, NV 89101
Telephone (702) 727-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RANDY KUTNYAK

Plaintiff,

vs.

TECHTRONIC INDUSTRIES, et al.

Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Techtronic Industries North America, Inc. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Techtronic Industries Co., Ltd., Inc. Relationship Parent of Defendant

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_______________ Relationship _______________

☐ Other(please explain)

_______________

_______________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 20th day of March, 2014.

_______________
Counsel of Record

Certificate of Service:

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 20th day of March, 2014, I electronically filed and served a true and correct copy of the foregoing **FRCP RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT** to all parties on file with the CM/ECF.

Charles Wade Miller, Esq. SBN 028940
**HEYGOOD, ORR & PEARSON**
2331 W. Northwest Hwy, 2nd Floor
Dallas, Texas 75220
Phone: (214) 237-9001
Fax: (214) 237-9002
Email: charles@hop-law.com

BY______________________________
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP